# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CASEY NOCKET,<br><br>　　　　　Defendant. | Case No. 1:16-CR-00083-BAM<br><br>New Case No. 1:16-CR-00083-SAB<br><br>ORDER REASSIGNING ACTION FROM MAGISTRATE JUDGE BARBARA McAULIFFE TO MAGISTRATE JUDGE STANLEY A. BOONE |

IT IS HEREBY ORDERED that this action shall be reassigned from the docket of Magistrate Judge Barbara A. McAuliffe to the docket of Magistrate Judge Stanley A. Boone. All furture pleadings and correspondence shall hereinafter be correctly numbered as follows:

　　　　　　　　1:16-CR-00083-SAB.

Use of an incorrect case number, including initials, may result in documents being misdirected and/or incorrectly calendared by the appropriate judicial officer.

IT IS SO ORDERED.

　Dated:　**June 14, 2016**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1