HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CASEY NOCKET

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 1:16-cr-00083-SAB |
| Plaintiff, | ) | |
| | ) | STIPULATION TO MODIFY CONDITION OF |
| vs. | ) | PROBATION PURSUANT TO 18 U.S.C. |
| | ) | § 3563(C); ORDER |
| CASEY NOCKET, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Laurel J. Montoya, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for Casey Nocket, that the Court may modify Special Condition 3 of Ms. Nocket's probation to extend the deadline for completing the 200 hours of community service.  Specifically, the parties have agreed that Ms. Nocket must perform 50 hours of community service by December 2, 2016, 75 hours by June 2, 2017, and the remaining 75 hours by December 2, 2017.

Since she was sentenced on June 13, 2016, Ms. Nocket has diligently worked on finding suitable volunteer opportunities that would comply with the Court's order to perform the community service "in the National Park Service or other public lands." Docket No. 6 at 2.  She contacted various organizations but, until very recently, she did not receive any responses.  Since the beginning of October, several opportunities have become available and she is now

1  volunteering a minimum of seven hours per week.  In light of the limits as to where she can

2  perform community service and the struggles she has had so far in finding a suitable organization

3  where she can volunteer, Ms. Nocket requests that the Court modify the deadlines for completing

4  the 200 hours of community service as set forth above.

6                                          Respectfully submitted,

7                                          PHILLIP A. TALBERT
                                           Acting United States Attorney
8

9  Date:  October 20, 2016                 */s/ Laurel J. Montoya*
                                           Laurel J. Montoya
10                                         Assistant United States Attorney
                                           Attorney for Plaintiff
11

12                                         HEATHER E. WILLIAMS
                                           Federal Defender
13

14 Date: October 20, 2016                  */s/ Erin Snider*
                                           ERIN SNIDER
15                                         Assistant Federal Defender
                                           Attorney for Defendant
16                                         CASEY NOCKET

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

**O R D E R**

Pursuant to 18 U.S.C. § 3563(c), the Court hereby modifies Special Condition 3 as follows:

> The Defendant shall complete 200 hours of community service. The Defendant shall perform and complete 50 hours by 12/2/2016, and the remaining 150 hours by 6/2/2017. The community service is to be performed in the National Park Service or other public lands, including those administered by state and local government agencies. The strong preference is that the community service includes graffiti removal; however, the park/public lands where the community service is being performed is free to determine what services best address their needs.

All other conditions remain in full force and effect.

The Court will address any request for further modification of this order at the status hearing on December 2, 2016.

IT IS SO ORDERED.

Dated: __October 21, 2016__                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE