IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:16-cr-00083-SAB |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION AND ORDER** |
| CASEY NOCKET, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

**Convicted of:** Injury or depredation of government property (seven counts)

**Sentence Date:** June 13, 2016 (modified on October 21, 2016)

**Review Hearing Date:** June 2, 2017

**Probation Expires On:** June 12, 2018

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $175.00, which Total Amount is made up of a Fine: $0.00 Special Assessment: $175.00 Processing Fee: $ 0.00 Restitution: $Unknown

☒ **Community Service hours Imposed of:** 200, which shall be performed in the National Park Service or other public lands, including those administered by state and local government agencies. Pursuant to the Court's October 21, 2016 order, 50 hours are to be performed by December 2, 2016, and the remaining 150 hours are to be performed by June 2, 2017.

☒ **Other Conditions:** Defendant shall prepare a written formal apology to the National Park Service. Defendant is banned from entering public lands administered by the National Park Service, United States Forest Service, Bureau of Land Management, and U.S. Army Corps of Engineers for recreational purposes during the period of probation (with an exceptions for transit through public lands incident to travel to or from private lands and to complete her community service hours).

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $175.00
☐ If not paid in full when was last time payment: Date:
Amount:

☒ To date, Defendant has performed 195 hours of community service.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

☒    Compliance with Other Conditions of Probation:  Defendant provided the written apology to the United States Attorney's Office on September 21, 2016.  Defendant has not entered public lands administered by the National Park Service, United States Forest Service, Bureau of Land Management, and U.S. Army Corps of Engineers for recreational purposes since her sentencing on June 13, 2016.

## *GOVERNMENT POSITION:*

☒    The Government agrees to the above-described compliance.  The Government notes that the parties still need to determine the amount of restitution.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:  */s/* Laurel Montoya.

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☐    that the review hearing set for       at      a.m.

☐    be continued to      at 10:00 a.m.; or

☐    be vacated.

☒    that Defendant be permitted to appear via telephone at the June 2, 2017 review hearing.

Defendant anticipates finishing the remaining 5 hours of community service before the review hearing and will provide proof to the government as soon as possible.  Defendant requests that the Court permit her to appear via telephone at the review hearing, as she lives in San Diego and the trip to Fresno would be both time consuming and costly.

DATED:  5/17/2017                                                   *Erin Snider*_____
                                                                                        DEFENDANT'S COUNSEL

## **O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒    GRANTED.

☐    DENIED.

IT IS SO ORDERED.

Dated:   **May 18, 2017**                                           /s/ *Sheila K. Oberto*
                                                                                        UNITED STATES MAGISTRATE JUDGE