HEATHER E. WILLIAMS, CA #122664
Federal Defender
ERIN SNIDER, CA #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CASEY NOCKET

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:16-cr-00083-SAB |
|---|---|
| Plaintiff, | ) |
| | ) REQUEST FOR TELEPHONIC APPEARANCE |
| vs. | ) AT REVIEW HEARING; ORDER |
| | ) |
| CASEY NOCKET, | ) Date: May 8, 2018 |
| | ) Time: 2:00 p.m. |
| Defendant. | ) Judge: Hon. Sheila K. Oberto |
| | ) |

Defendant Casey Nocket hereby requests that the Court permit her to appear telephonically at the May 8, 2018 review hearing. Ms. Nocket lives in San Diego, California, which is a nearly six-hour drive to Fresno. As indicated at the last review hearing, Ms. Nocket has completed her community service hours and has otherwise complied with the conditions of her probation. The only remaining issue is restitution, which has yet to be resolved through no fault of Ms. Nocket. Counsel for the government has indicated via email that she has no objection to Ms. Nocket appearing telephonically at the May 8, 2018 review hearing.

///

///

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 3, 2018
/s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CASEY NOCKET

**O R D E R**

The Court hereby grants defendant Casey Nocket's request for a telephonic appearance at the May 8, 2018 review hearing.

IT IS SO ORDERED.

Dated: __**May 3, 2018**__                     /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE