# UNITED STATES DISTRICT COURT
## Eastern District of California

UNITED STATES OF AMERICA

v.

**CASEY NOCKET**

Date of Original Judgment:   **June 13, 2016**
(Or Date of Last Amended Judgment)

**FIRST AMENDED JUDGMENT IN A CRIMINAL CASE**

Case Number: **1:16CR00083-001**

Defendant's Attorney: Erin Snider, Assistant Federal Defender

**Reason for Amendment:**

[ ] Correction of Sentence on Remand ( 18 U.S.C. 3742(f)(1) and (2))

[ ] Reduction of Sentence for Changed Circumstances (Fed R. Crim. P. 35(b))

[ ] Correction of Sentence by Sentencing Court (Fed R. Crim. P. 35(a))

[ ] Correction of Sentence for Clerical Mistake (Fed R. Crim. P. 36)

[ ] Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))

[ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

[ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

[ ] Direct Motion to District Court Pursuant to [ ] 28 U.S.C. §2255, [ ] 18 U.S.C. §3559(c)(7), [✓] Modification of Restitution Order

**THE DEFENDANT:**

[✓] pleaded guilty to Counts   One, Two, Three, Four, Five, Six, and Seven   of the Information.

[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.

[ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 18 U.S.C. § 1361 | Injury or Depredation Against Government Property | 9/23/2014 | One |
| 18 U.S.C. § 1361 | Injury or Depredation Against Government Property | 9/12/2014 | Two |
| 18 U.S.C. § 1361 | Injury or Depredation Against Government Property | 9/13/2015 | Three |
| 18 U.S.C. § 1361 | Injury or Depredation Against Government Property | 9/15/2016 | Four |
| 18 U.S.C. § 1361 | Injury or Depredation Against Government Property | 9/17/2014 | Five |
| 18 U.S.C. § 1361 | Injury or Depredation Against Government Property | 10/2/2016 | Six |
| 18 U.S.C. § 1361 | Injury or Depredation Against Government Property | 10/7/2016 | Seven |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).
[ ] Count (s) ___ dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.                   [✓] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**6/13/2016**
Date of Imposition of Judgment

/s/ Sheila K. Oberto
Signature of Judicial Officer

**Sheila K. Oberto**, United States Magistrate Judge
Name & Title of Judicial Officer

5/22/2018
Date

# PROBATION

The defendant is hereby sentenced to probation for a term of :  
<u>24 months</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant shall pay a special assessment of $175.00 and restitution of $2,941.45 for a total financial obligation of $3,116.45, which shall be paid at the rate of $300.00, per month commencing on 6/1/2018, until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

   CLERK U.S.D.C.  
   2500 Tulare Street, Rm 1501  
   Fresno, CA 93721

2. The Defendant is ordered to personally appear for a Probation Review Hearing on 12/2/2016 at 2:00 pm before U.S. Magistrate Judge Oberto. A status report regarding the Defendant's performance on probation shall be filed 14 days prior to the Probation Review.

3. The Defendant shall complete 200 hours of community service. The Defendant shall perform and complete the community service hours by 12/2/2016. The community service to be performed in the National Park Service or other public lands, including those administered by state and local government agencies. The strong preference is that the community service include graffiti removal however the park/public lands where the community service is being performed is free to determine what services best address their needs.

4. Other: The defendant shall prepare a written formal apology to the National Park Services for her actions.

5. Other: The defendant is banned from entering public lands administered by the National Park Service, United States Forest Service, Bureau of Land Management and U.S. Army Corps of Engineers for recreational purposes during the period of probation. The only exceptions to this prohibition is transit through public lands incidental to travel to or from private lands and to complete her community service hours.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|        | Assessment | Fine | Restitution |
|--------|------------|------|-------------|
| TOTALS | $175.00    |      |             |

[ ] The determination of restitution is deferred until an agreement is reached between the parties or by order of the Court ____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

[✓] The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Department of Interior Restoration Fund<br>IBC Div of Financial Management<br>Mail Stop D-2770<br>7401 West Mansfield Ave.<br>Lakewood, CO 80235<br><br>Reference section of the check(s) should contain: SURPA Nocket | $2,941.45 | $0.00 | |
| **Totals** | **$2,941.45** | $____ | |

[ ] Restitution amount ordered pursuant to plea agreement $ ____

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

[ ] The interest requirement is waived for the    [ ] fine    [ ] restitution

[ ] The interest requirement for the    [ ] fine    [ ] restitution is modified as follows:

[ ] If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[ ] If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A. [✓] Lump sum payment of $ __175.00__ due immediately, balance due

    [ ] Not later than ___, or

    [ ] in accordance    [✓] C,    [ ] D,    [ ] E, or    [ ] F below; or

B. [ ] Payment to begin immediately (may be combined with    [ ] C,    [ ] D,    or [ ] F below); or

C. [✓] Payment in equal __monthly__ (e.g. weekly, monthly, quarterly) installments of $ __300.00__ over a period of __until paid in full__ (e.g. months or years), to commence __6/1/2018__ (e.g. 30 or 60 days) after the date of this judgment; or

D. [ ] Payment in equal ___ (e.g. weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g. months or years), to commence ___ (e.g. 30 or 60 days) after release from imprisonment to a term of supervision; or

E. [ ] Payment during the term of supervised release/probation will commence within ___ (e.g. 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendants ability to pay at that time; or

F. [✓] Special instructions regarding the payment of criminal monetary penalties:

    [✓] **Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to:**

    [✓] CLERK U.S.D.C.  
         2500 Tulare Street, Rm 1501  
         Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.